UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>DOUGLAS E. KERSHAW,   )<br>  )<br>Defendant.   )<br>_____ ) | 2:01-cr-181-KJD-PAL |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case (#19) on December 21, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Amended Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee:** Respond, Inc.
**Amount of Restitution Ordered:** $15,440.00

Dated this __3rd__ day of ~~July~~ August, 2016.

_____
UNITED STATES DISTRICT JUDGE